# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AMBROCIO,<br><br>                Plaintiff,<br><br>v.<br><br>K. COTTRELL,<br><br>                Defendant. | Case No.: 19-CV-1356-WQH(WVG)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>**[Doc. No. 11.]** |

Plaintiff seeks reconsideration of the Court's Order denying his motion for appointment of counsel. Having reviewed Plaintiff's motion for reconsideration, the reasons he provides are reasons that are not unique to him and are common among pro se prisoner plaintiffs. Again, if the Court were to grant Plaintiff's request when such requests are granted only in exceptional circumstances, the Court would have to grant every prisoner plaintiff's request, and the "exceptional" requirement would cease to exist. Plaintiff's motion is DENIED.

**IT IS SO ORDERED.**

Dated: September 16, 2019

Hon. William V. Gallo
United States Magistrate Judge